IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Donnell Mitchell

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

AGY Aiken LLC, AGY Holding Corp.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:25-cv-13069-CMC-SVH

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes  ☐ No
*(check one)*

RCVD – USDC COLA SC
OCT 21 '25 PM 3:19

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Donnell Michel Mitchell
   Street Address: 201 Magical Way
   City and County: Kissimmee, Osceola
   State and Zip Code: Florida, 34744
   Telephone Number: 706-414-8993

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: AGY Aiken LLC - My former employer/worksite
   Job or Title (if known): Employer / Manufacturing Facility
   Street Address: 2556 Wagener Road
   City and County: Aiken, Aiken County
   State and Zip Code: South Carolina, 29801
   Telephone Number: 803-643-1700

   Defendant No. 2
   Name: AGY Holding Corp - Parent Company
   Job or Title (if known): Parent Company / Corporate Owner
   Street Address: 2556 Wagener Road
   City and County: Aiken, Aiken County
   State and Zip Code: South Carolina, 29801
   Telephone Number: 803-643-1700

   Defendant No. 3
   Name:

2

        Job or Title
        (if known)     _____

        Street Address     _____

        City and County     _____

        State and Zip Code     _____

        Telephone Number     _____

Defendant No. 4

        Name     _____

        Job or Title
        (if known)     _____

        Street Address     _____

        City and County     _____

        State and Zip Code     _____

        Telephone Number     _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964 (42 U.S.C § 2000e), Americans with Disabilities Act of 1990 (42 U.S.C. § 12101 et seq.), Family and Medical Leave Act of 1993 (29 U.S.C § 2601 et seq.), Civil Rights Act of 1991, Retaliation in violation of federal employment Statutes.

3

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. I, Donnell Mitchell, bring this action against AGY Aiken LLC and AGY Holding Corp. for violations of the American with Disabilities Act (ADA), Family and Medical Leave Act (FMLA) and Title VII of the Civil Rights Act. I was employed at AGY Aiken LLC for over ten years and faced ongoing retaliation, interference with protected medical leave, and discriminatory treatment after lawfully submitting FMLA and ADA-related documentation for myself and my 3 children all with Autism. 9, 8, 4 years old. More on attached pages

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Back Pay: $125,000 for lost wages, Front Pay: $125,000 for ongoing lost earning potential. I request full relief and damages allowed by law under the ADA, FMLA and Title VII. This includes: Compensatory Damages: $250,000 for emotional distress, mental anguish, and impact on my family. Punitive Damages: $1,000,000 to punish the defendants and deter future misconduct. Public Acknowledgment of wrongdoing, and an order that AGY change its ADA and FMLA compliance systems. These amounts reflect not only harm I suffered, but the egregious nature of AGY's retaliation, willful misconduct, and documented coordination with the union to suppress my rights.

5

### III. Statement of Claim – Part 2 (Continued)

On February 17, 2025, I filed an internal HR complaint outlining ADA and FMLA concerns.

On March 21, 2025, I filed a union grievance on March 24, 2025 I reported Agy to the state and federal agencies including elected officials on March 25, 2025 I gave Agy a legal statement stating I reported them after ten years of employment as of March 2, 2025 due to all of their illegal actions.

AGY leadership, including HR Director Alexandria Peake, Lori Ahern, and my M shift Supervisor Penny Campbell, retaliated against me by restricting access to accommodations and singling me out. We at times was forced to work up to 16 hours a day after my doctor restrictions and fmla approval since 2024 is when things intensified when they started forcing me to do 2 employees jobs alone while others like Denny Johnson my shift union shop steward who was in my 2/17/25 hr complaint with Penny Campbell got to sleep and do nothing on days while I was being forced to work 24 hours of work in 12 hours alone against my work restrictions that limited me to 12 hours of work only. On April 16 they called me to celebrate my ten year anniversary but failed to address my legal concerns, April 18 Penny Campbell attempted to give me 5 false write ups for no call no show all false I requested shop steward Herbert I said Denny Johnson is corrupted then after I was told by Penny Campbell to go to Hr I requested Herbert Oliphant again it was Alexandria Peak and brook Hr rep , Me and Herbert and they questioned me not about my union grievance but my legal statement and why and how did they broke the laws do I have text messages after 1 -2 hours they was finished questions me Alexandria was reading off a computer the questions she had after I used fmla and went home for the day before my 3pm meeting for the 5 false write ups for no call no show . April 23, 2025 I went to the ceremony not for Agy but for myself to get my certificate of ten years of employment.

On April 29, 2025, a grievance meeting was held I read of statement about how Agy and the union prioritized getting the company union contract done before May, 1 2025 over my union and federal concerns, Alexandria Peak said well to respond you was out on fmla we couldn't, I said you all called me for ballons, Alexandria Peak said 'I have no response to that" they also Penny told me I could work only my job again Lori Ahern when I asked about the no call no show write ups said they was canceled because my fmla was approved which it's still illegal to write someone up while fmla is pending if I would've signed that I would've been fooled but Thank God I didn't . Shortly after, on May 14, 2025, AGY issued a letter denying wrongdoing, while simultaneously planning retaliation.

On May 20, 2025, I was informed by my Shop Steward Herbert Oliphant that Alexandria Peake had been separated from the company after legal officials came in That same day, on behalf of me (Donnell Mitchell) after I submitted documents on May 14, 2025 and after I submitted legal documentation to over 10 federal and state agencies and elected officials.

This was before May 20, 2025, and it resulted in Alexandria Peake's separation from AGY.

This serves as direct proof of retaliation and that my legal claims were credible and supported. Agy also illegal closed my kids fmla accounts while it was still active till 9/3/2025 it was in the middle of May no notice to me at all all after I reported them 3/24/25 to federal and state agencies and elected officals and gave them a notice legal statement 3/25/25 to hr that they have been reported and why and relief to settle . after my hr statement 2/17/25 and union grievance 3/21/25 submitted.

**AGY's New HR Officer, Amber Gayford**

At my Stage 2 grievance meeting, Amber Gayford, AGY's new Chief HR Officer, admitted that AGY and the Union are a partnership. She instructed Herbert Oliphant to remember that, and stated she would "have lunch with Herbert and can't wait wait to meet him." Amber said she would pay for lunch and her and him along with the rest of Hr can get to know each other better without work involved , Herb said "I love to eat" . confirming collusion between HR and the Union. They ended the meeting with if I don't have a remedy Amber words not in 2-3 weeks my union grievance will be canceled Lorenzo my stage 2 union business agent happily agreed and said he will let the union lawyer look at this this is new to him Amber said this is new for us Herbert said I told yall this was way bigger then everything else I had another grievance same shift by Michelle Wright we handled that a different way this one From Donnell scared me I sat on it for some days. I said nothing I reported to state and federal and elected officials for follow up and sent my remedy and justification for it the same day as my 6/6/25 meeting because I didn't want it swept under the rug. Herb  confirmed receipt Lorenzo went Ghost for days.  In the end Lorenzo my stage 2 union rep Ghosted completely only after telling me after my constructive discharge telling me to give him my full statement not against the union only Agy and not to notarize it I gave the statement to Lorenzo he said give him 48 hours to review it then I will have a Piedmont Grievance committee date against Agy I never heard from him again.

### Continued Harassment & Legal Retaliation

HR refused to follow grievance procedures, blocked my access to my own HR file, and conspired with the union to avoid accountability. There was a clear conflict of interest at play.

On April 18, Penny Campbell attempted to issue me five false write-ups for "no call/no show" despite my FMLA status being pending and active.

In my 4/29/25 FMLA documents, Alexandria Peake herself stated the call-out was protected under FMLA—further confirming that these write-ups were retaliatory and illegal.

These actions—by Penny, Lori, and Alexandria—are federal violations.

AGY's retaliation has caused:

- Significant mental health harm
- Severe disruption to financial stability
- Impact to my 3 disabled children's care and well-being ages 9 Jade Mitchell, 8 Donnell Mitchell Jr, and 4 Alex Mitchell all with autism some with more

My medical records, ADA requests, and FMLA paperwork were either ignored or weaponized against me.

I was denied any form of fair process, and AGY's ongoing pattern of harassment caused lasting damage.

I am now receiving unemployment due to harassment, which continues to this day. I also have a EEOC right to sue letter against my union Teamsters Local 509 as well 436-2025-01882.

## Active Cases & Federal Filings

I have two active NLRB cases:

- **NLRB pending case** 10-CA-365047 , **Teamsters union Local 509 10-CB-372535**

Additionally, I filed a case with the Department of Labor – Wage and Hour Division:

Case ID: 2007496

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 20, 2025.

Signature of Plaintiff    *Donnell Mitchell*
Printed Name of Plaintiff    Donnell Michel Mitchell

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
Telephone Number    _____
E-mail Address    _____

6